State of Louisiana

28th Judicial District Court



**TERESA BREITHAUPT, ET AL**

**VS. NO 39025**

**THE GEO GROUP, INC**

## *CITATION*

**TO:   THE GEO GROUP, INC**

**THRU ITS AGENT FOR SERVICE**

**CORORATE CREATIONS NETWORK, INC**

**1070-B WEST CAUSEWAY APPROACH**

**MANDEVILLE, LA 70471**

You are hereby summoned to comply with the demand contained in the **JOINT PETITION FOR DAMAGES & DISCOVERY REQUEST, INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUEST FOR ADMISSION** (faxed & hard copy), of which a certified copy accompanies the Citation, or to deliver your answer in writing to said petition, in the office of the Clerk of the Twenty-Eighth District Court, in and for the Parish of LaSalle which office is in the Town of Jena, said Parish and State, within 15 days after the service hereof.  Your failure to comply herewith will subject you to the penalty of default judgment against you.

Witness the Honorable  J. CHRISTOPHER PETERS Judge of said Court, this the March 28, 2014.

**s/ BELINDA KENDRICK**

Deputy Clerk, LaSalle Parish, Louisiana

Requested by:
PHILLIP G. HUNTER
PO BOX 11710
ALEXANDRIA, LA 71315

ATTEST A TRUE COPY

Dy. Clerk of Court & Ex-Officio Recorder
LaSalle Parish, LA

DOCKET NO. 39005

TERESA BREITHAUPT, *et al.*    FILED: *   28TH JUDICIAL DISTRICT COURT

VERSUS    2014 MAR 25   PARISH OF LASALLE

THE GEO GROUP, INC.    DY. CLERK & RECORDER   LOUISIANA
LASALLE PARISH, LA
*   NO. _____

FILED: _____    _____ DY.CLK.

## JOINT PETITION FOR DAMAGES

The joint petition of TERESA BREITHAUPT and LARRY BREITHAUPT, residents and domiciliaries of Jena, LaSalle Parish, Louisiana, appearing herein through their attorney, Philip G. Hunter, and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ICSP"), a foreign insurer authorized to and doing business in Louisiana, appearing herein through its attorney, John W. Waters, Jr., with respect represent:

1.

Defendant is THE GEO GROUP, INC. ("GEO"), a foreign corporation authorized to and doing business in Louisiana.

2.

Teresa Breithaupt and Larry Breithaupt were married prior to the occurrence of the subject accident and remain married.

3.

GEO is indebted to ICSP, Teresa Breithaupt and Larry Breithaupt for all sums reasonable in the premises, interest and costs, for the following:

4.

On March 31, 2013, Teresa Breithaupt, while in the course and scope of her employment by STG International, Inc. at the LaSalle Detention Facility, entered a medical room in the "owl" unit and immediately slipped on a thick watery substance believed to be floor wax that had been left on the room's linoleum tile floor.

5.

GEO operates and manages the LaSalle Detention Facility, and is responsible for the maintenance of the floors where the aforementioned accident occurred.

1

6.

GEO and/or those for whom it is responsible created the condition that caused Ms. Breithaupt's fall.

7.

Defendant and/or those for whom it is responsible caused the thick watery substance on the floor and had actual and constructive knowledge and notice of its presence in advance of the occurrence of plaintiff, Teresa Breithaupt's slip and fall.

8.

As a result of the accident, Ms. Breithaupt sustained the following serious, disabling bodily injuries:

   a) Traumatic injuries to the bone, muscle, nerve and tissue of her right leg, including, but not limited to, a torn hamstring;

   b) Traumatic injuries to the bone, muscle, nerve and tissue of her right hip; and

   c) Traumatic injuries to her lumbar spine.

9.

The sole cause of the accident and Ms. Breithaupt's injuries were caused by the negligence, fault and strict liability of GEO and/or those for whom GEO is liable, in the following particulars:

   a) Failing to properly maintain the floor of the medical room in question;

   b) Creating a hazardous condition (the thick watery substance which was slippery) on the floor;

   c) Leaving the thick watery substance on the floor;

   d) Failing to inspect the floor of the medical room;

   e) Failing to warn petitioner, Teresa Breithaupt, and others of the hazardous footing conditions created by the thick watery substance on the floor;

   f) Failing to display warning cones or other devices to barricade the area from pedestrian traffic or to otherwise warn of the hazards associated with traversing that area;

g) Failing to train and supervise clean-up employees and to discover their unsafe practices; and

h) All other acts of negligence, fault or violations of standards and procedures which may be shown at trial.

10.

Petitioner, Teresa Breithaupt, suffered the following losses for which she is entitled to an award of damages in a reasonable amount:

a) Pain and suffering;

b) Loss of enjoyment of life;

c) Lost earnings and lost earning capacity, past and future;

d) Medical expenses, past and future; and

e) Physical disability and loss of use of physical function.

11.

As a result of the injuries sustained by Teresa Breithaupt in this accident, petitioner Larry Breithaupt, suffered loss of consortium, service and society of his wife, Teresa Breithaupt, and is entitled to an award of damages in a reasonable amount for this loss.

## CLAIMS OF ICSP

12.

At the time of the accident, ICSP was the workers compensation insurer of STG.

13.

As a result of the injuries sustained by Ms. Breithaupt, ICSP has paid workers compensation benefits to or on behalf of Ms. Breithaupt.

14.

ICSP is entitled to recover any amount which it has paid or becomes obligated to pay as compensation to Ms. Breithaupt from GEO.

3

WHEREFORE PETITIONERS, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, TERESA BREITHAUPT and LARRY BREITHAUPT, Pray that defendant be served and cited according to law and after all legal delays have elapsed and due proceedings for judgment against The GEO Group, Inc. for all sums reasonable in the premises, together with all costs of these proceedings and interest from date of judicial demand.

Respectfully submitted,

HUNTER & BECK

BY: _____

PHILIP G. HUNTER, (#7080)
1916 Gus Kaplan Drive (71301)
P.O. Box 11710
Alexandria, Louisiana 71315-1710
Attorneys for Teresa Breithaupt and Larry Breithaupt
(318) 487-1997
Fax: (318) 487-2022
pgh.hunter@me.com

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

BY: S/John W. Waters Jr.

JOHN W. WATERS, JR. (#13258)
DAVID E. WALLE (#13199)
KRISTIN MOSELY JONES (#32208)
1010 Common Street, Suite 2200
New Orleans, LA   70112
(504) 310-1500
Fax:   (504) 310-1606 / (504) 310-1501
jwaters@bfrob.com
Attorneys for INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ICSP")

PLEASE SERVE:

THE GEO GROUP, INC.
Thru its agent:
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

ATTEST A TRUE COPY

Dy. Clerk of Court & Ex-Officio Recorder
LaSalle Parish, LA

4

TERESA BREITHAUPT, *et al.*          *     28TH JUDICIAL DISTRICT COURT

VERSUS                              *     PARISH OF LASALLE

THE GEO GROUP, INC.                 *     STATE OF LOUISIANA

                                    *     NO. _____

DOCKET NO. 39025
FILED:
2014 MAR 25 P 4: 15
DY. CLERK & RECORDER
LASALLE PARISH, LA

## DISCOVERY REQUESTS, INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSIONS

To:     THE GEO GROUP, INC.
        Through its agent for the service of process,
        Corporate Creations Network, Inc.
        1070-B West Causeway Approach
        Mandeville, LA 70471

        Answer separately, fully, in writing and under oath the following interrogatories with the delays allowed by law. These are "continuing" interrogatories which you are required to supplement with any information you may obtain before trial. Supplemental responses are due upon your knowledge or discovery of the information sought.

        Production of documents, as indicated herein by use of the word "produce", should be made at the offices of the undersigned attorney within the delays allowed by law.

        The term "identify" and "identity" as used herein means that you are to provide the full name, address and telephone number of each identity sought.

## INTERROGATORY NUMBER 1:

        **Identify** each person known to you, your agents, investigators or attorneys who:

        a)      Witnessed the accident or who claims to have witnessed the accident which forms the basis of this proceeding;

        b)      Were not actual witnesses to the accident, but who, nevertheless, are believed to have or claim to have information relative to this proceeding;

        c)      Might be considered expert witnesses having knowledge or information concerning any of the relevant facts involved in this suit;

        d)      Who signed a statement or gave a recorded statement to you or anyone acting for or representing you or investigating the facts involved in this proceeding in your behalf or in behalf of your interests, stating which persons gave signed statements and which persons gave recorded statements;

        e)      Has been interviewed by anyone representing you or acting for you or your interest, or by anyone investigating the facts involved in this case, but from whom signed statements were not obtained;

f)     Has any information or knowledge concerning any relevant facts involved in this suit, and who was not previously disclosed in answers to this interrogatory;

g)     Has made any investigation of the facts involved in this suit in your behalf.

**ANSWER:**

## INTERROGATORY NUMBER 2:

**Identify** and state the name, residential address and telephone number of anyone acting in your behalf or for your interest who has knowledge or possession of any photographs, maps, diagrams, sketches or any other tangible physical objects, which constitute or contain evidence material to any matter involved in this litigation, and :

a)     Furnish all particulars regarding the nature and present location of such item.

b)     State when such phtographs were taken and **identify** each person who took a photograph or prepared a map, diagram, sketch or other graphic depiction;

c)     **Identify** each person who prepared each such graphic or diagram or map, and state the date and place where each was prepared;

d)     **Produce** copies of each such item.

**ANSWER:**

2

**INTERROGATORY NUMBER 3:**

**Identify** and state the name, residential address and telephone number of each person whom you intend to call as a witness on the trial of this cause, and designate which of the said persons, if any, will be called as expert witnesses. For each of said persons listed above who will be called as an expert witness, state the following:

a) The subject matter on which the expert is expected to testify.

b) The substance of the facts to which the expert is expected to testify.

**ANSWER:**

**INTERROGATORY NUMBER 4:**

**Identify** and state the name, residential address and telephone number of each expert who has been retained or specially employed by you in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial.

**ANSWER:**

**INTERROGATORY NUMBER 5:**

Identify and provide the job title of each person who is making defendant's answers to these interrogatories.

**ANSWER:**

**INTERROGATORY NUMBER 6:**

For each policy of liability insurance, including excess insurance, that you had in effect on the date of plaintiff's injury, **identify** the insurer, state the policy numbers; the type of coverage provided; limits of liability for each coverage; and the nature of any exclusion.

**ANSWER:**

**INTERROGATORY NUMBER 7:**

Produce and attach to your answers the following:

a)      Copy of each accident report or other like document prepared by you and/or anyone acting on your behalf in connection with this incident;

b)      Each statement in the possession of defendants, their attorneys, insurers or investigators taken from the plaintiff;

c)      Each policy of liability insurance in force and effect at the time of the accident providing coverage for damages such as those sought herein by plaintiff;

d)      Copy of each contract between the defendant and the owner/operator, LaSalle Detention Center, State of Louisiana and/or any other person, company, corporation, governmental entity or body politic of the subject premises or any other person by which defendants had a right to occupy the premises on the date in question;

e)      A copy of each manual or other like document describing the floor cleanup and maintenance procedures at the LaSalle Detention Center in question.

**ANSWER:**

**INTERROGATORY NUMBER 8:**

State the name, residential address and telephone number of the:

a)      Manager, assistant manager, and other managerial personnel on duty at the time the subject accident occurred;

b)      Each employee of defendant that was on duty at the subject Detention Center on the date and at the time the accident occurred;

c)      Each employee and detainee who witnessed the accident;

d)      Each employee and detainee who has any knowledge or information concerning the occurrence of the subject accident.

**ANSWER:**

**INTERROGATORY NUMBER 9:**

Do you have a video tape, other photographic or electronic depiction of the accident site or the occurrence of the accident? If so, produce a copy of each such video tape, other photographic or electronic depiction and attach same to your answers.

**ANSWER:**

4

## REQUEST FOR ADMISSIONS:

The presence of the substance on the floor caused by the negligence or fault of a third person or another business entity. If so, **identify** each such third person or business entity and state the particular action, inaction, or negligence of such third person which caused this accident.

_ __ __.__ Admit                              _ __ __ .__ Deny

Alexandria, Louisiana this 25th day of March, 2014.

Respectfully Submitted,

HUNTER & BECK

BY:_____

PHILIP G. HUNTER, (#7080)
1916 Gus Kaplan Drive (71301)
P.O. Box 11710
Alexandria, Louisiana 71315-1710
Attorneys for Teresa Breithaupt and Larry Breithaupt
(318) 487-1997
Fax: (318) 487-2022
pgh.hunter@me.com

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

BY:_____

JOHN W. WATERS, JR. (#13258)
DAVID E. WALLE (#13199)
KRISTIN MOSELY JONES (#32208)
1010 Common Street, Suite 2200
New Orleans, LA 70112
(504) 310-1500
Fax:  (504) 310-1606 / (504) 310-1501
jwaters@bfrob.com
Attorneys for INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ICSP")

ATTEST A TRUE COPY
Dy. Clerk of Court & Ex-Officio Recorder
LaSalle Parish, LA

5